AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Feess, Gary A | 2. Court or Organization<br><br>U.S.D.C., Central District CA | 3. Date of Report<br><br>08/11/06 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge – Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>255 East Temple Street<br>Suite 730<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE    2006 AUG 18 A 10: 48    RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]    NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2005 | wages, Los Angeles County District Attorney's Office |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]    NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AmgenCommon Stock | A | Dividend | L | T | | | | | |
| 2. Countrywide Credit Common Stock | A | Dividend | K | T | Partial Sell | 4/29 | J | A | |
| 3. David Pick Investment Group (Real Est. Ltd. Partnership) | D | Distribution | L | W | | | | | |
| 4. Heartland Value Mutual Fund | E | Distribution | M | T | | | | | |
| 5. Intel Common Stock | B | Dividend | L | T | | | | | |
| 6. Investment Counselors of Maryland Mutual Fund | A | Distribution | | T | Merger | 12/31 | J | A | |
| 7. LSI Logic Common Stock | A | Dividend | | T | Sell | 7/11 | K | A | |
| 8. Lucent Technologies Common Stock | A | Dividend | J | T | | | | | |
| 9. MAS Value Fund | A | Distribution | | T | Merger | 12/31 | J | A | |
| 10. Microsoft Common Stock | A | Dividend | K | T | | | | | |
| 11. Mutual Discovery Fund | E | Distribution | N | T | Buy | 4/7 | K | | |
| 12. Nicholas Fund | C | Distribution | | T | Sell | 6/1 | M | A | |
| 13. Philips Electronics ADRs | A | Dividend | | T | Sell | 11/3 | K | D | |
| 14. Scudder International Fund | B | Distribution | | T | Sell | 6/29 | L | A | |
| 15. T. Rowe Price Science and Technology Fund | A | Distribution | K | T | | | | | |
| 16. Chevron Texaco | B | Dividend | K | T | | | | | |
| 17. Vanguard Wellington Fund | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | S =Assessment | | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Westcore Midco Growth Fund | A | Distribution | | T | Merger | 12/31 | K | A | |
| 19. Pfizer | A | Dividend | K | T | | | | | |
| 20. Gillette | A | Dividend | | T | Sell | 3/4 | K | D | |
| 21. Proctor & Gamble | D | Dividend | L | T | | | | | |
| 22. Velocity HSI | A | Dividend | J | T | | | | | |
| 23. Qualcomm | A | Dividend | L | T | | | | | |
| 24. Verisign | | None | J | T | | | | | |
| 25. Nokia | A | Dividend | K | T | | | | | |
| 26. Comcast | | None | K | T | | | | | |
| 27. Avanex | | None | J | T | | | | | |
| 28. Johnson & Johnson | D | Dividend | L | T | | | | | |
| 29. Bank of America | B | Dividend | L | T | Buy | 9/22 | J | | |
| 30. Hussman | A | Distribution | J | T | | | | | |
| 31. Coca Cola | A | Dividend | K | T | | | | | |
| 32. First American Corporation | A | Dividend | K | T | | | | | |
| 33. Transcanada Corporation | A | Dividend | K | T | | | | | |
| 34. Dodge & Cox | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Colgate Palmolive | D | Dividend | L | T | | | | | |
| 36. Citigroup | E | Dividend | L | T | Buy | 1/21 | J | | |
| 37. Pepsico, Inc. | A | Dividend | K | T | | | | | |
| 38. Anheuser Busch | A | Dividend | K | T | Buy | 1/20 | J | | |
| 39. | | | | | Buy | 4/8 | J | | |
| 40. Apollo Group | A | Dividend | K | T | | | | | |
| 41. KinderMorgan Energy Ptrs | B | Dividend | K | T | Buy | 1/5 | K | | |
| 42. PayChex | A | Dividend | K | T | Buy | 1/4 | K | | |
| 43. | | | | | Buy | 1/21 | J | | |
| 44. Berkshire Hathaway | | None | L | T | Buy | 3/28 | L | | |
| 45. | | | | | Buy | 4/27 | J | | |
| 46. | | | | | Partial Sell | 11/3 | J | A | |
| 47. Wal-Mart | A | Dividend | K | T | Buy | 4/8 | K | | |
| 48. | | | | | Partial Sell | 9/15 | J | A | |
| 49. | | | | | Buy | 9/28 | K | | |
| 50. Fifth Third Bank | A | Dividend | K | T | Buy | 4/11 | K | | |
| 51. | | | | | Buy | 9/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy | 10/7 | J | | |
| 53. Dodge & Cox Int'l | B | Dividend | M | T | Buy | 6/29 | M | | |
| 54. American Century Equity Inc. | A | Dividend | J | T | Buy | 9/20 | J | | |
| 55. | | | | | Buy | 12/29 | J | | |
| 56. Wasatch Advisors Treasury | B | Dividend | K | T | Buy | 10/28 | K | | |
| 57. | | | | | Buy | 11/3 | J | | |
| 58. | | | | | Buy | 11/4 | J | | |
| 59. Benham | | None | K | T | Buy | 10/31 | K | | |
| 60. | | | | | Buy | 11/3 | K | | |
| 61. IShare Trust | | None | L | T | Buy | 12/7 | L | | |
| 62. VanGuard Intermediate Bond | | None | | T | Buy | 2/25 | L | | |
| 63. | | | | | Total Sell | 10/28 | L | B | |
| 64. DIA Medium - Merger stocks listed lines 6, 9 & 18 | | None | L | T | Merger | 12/31 | L | | |
| 65. J. W. Parkfair Realty - See Explanation | A | Dividend | J | T | | | | | |
| 66. Rancon Realty - See Explanation | A | Dividend | J | T | Sell | 4/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feess, Gary A | 08/11/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 65:  J. W. Parkfair Realty investment has been held since prior to 1999 (first year filing FDR), and has been overlooked yearly.  Adding it to the report this year.

Line 66:  Rancon Realty investment has been held since prior to 1999 (first year filing FDR), and has been overlooked yearly.  Adding it to the report this year with a total sell.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date____ 8/11/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544